UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:00-cr-26-GZS |
| | ) | |
| GREGORY P. VIOLETTE | ) | |

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO BAIL REFORM ACT

It is ORDERED that a preliminary exam and release/detention hearing is set for Tuesday, December 10, 2013, at 2:00 p.m., before Magistrate Judge Margaret J. Kravchuk in the Courtroom One located at 202 Harlow Street, Bangor, Maine. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

                                                        /s/ Margaret J. Kravchuk
                                                        Margaret J. Kravchuk
                                                        U. S. Magistrate Judge

Dated this 5th day of December, 2013.