UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | 1:00-cr-00026-GZS |
| | ) | |
| GREGORY P. VIOLETTE, | ) | |
| | ) | |
| Defendant | ) | |

**ORDER ON DEFENDANT'S MOTION FOR TRANSCRIPT**

Plaintiff asks the Court for a transcript of his sentencing transcript. (Motion, ECF No. 219.) Evidently, Plaintiff seeks the transcript in connection with his appeal from the sentence imposed upon the revocation of the term of his supervised release.

28 U.S.C. § 753(f) provides: "Fees for transcripts furnished in proceedings brought under section 2255 of this section to persons permitted to sue or appeal in forma pauperis shall be paid by the United States out of money appropriated for that purpose if the trial judge or a circuit judge certifies that the suit or appeal is not frivolous and that the transcript is needed to decide the issue presented by the suit or appeal."

Because the matter is on appeal and Defendant has not in this Court filed any documents from which the Court can determine whether the appeal "is not frivolous and that the transcript is needed," the Court cannot make the required finding under 28 U.S.C. § 753(f) to authorize the preparation of the transcript at government expense. Furthermore, the Court notes that Defendant is represented by counsel on appeal and that counsel has apparently requested a copy of the transcript. Accordingly, the Court denies Defendant's motion without prejudice.[1]

---

[1] This order is not intended to address any request Defendant has made through counsel, or in the First Circuit for the transcript.

## **NOTICE**

     Any objections to this Order shall be filed in accordance with Federal Rule of Criminal Procedure 59.

                                         <u>/s/ John C. Nivison</u>
                                         U.S. Magistrate Judge

Dated this 22nd day of August, 2019.