UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.                              ) | 1:00-cr-00026-GZS |
| ) | |
| GREGORY P. VIOLETTE,  ) | |
| ) | |
| Defendant             ) | |

### AMENDED ORDER ON DEFENDANT'S MOTION FOR TRANSCRIPT[1]

Plaintiff asks the Court for a transcript of his sentencing transcript. (Motion, ECF No. 219.) Evidently, Plaintiff seeks the transcript in connection with his appeal from the sentence imposed upon the revocation of the term of his supervised release.

The Court notes that Defendant is represented by counsel on appeal and that counsel has apparently requested a copy of the transcript as part of the proceedings before the First Circuit. Accordingly, the Court denies Defendant's motion without prejudice.[2]

### NOTICE

Any objections to this Amended Order shall be filed in accordance with Federal Rule of Criminal Procedure 59.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 23rd day of August, 2019.

---

[1] The prior order is amended to eliminate reference to 28 U.S.C. § 753(f).

[2] This order is not intended to address any request for the transcript Defendant has made through counsel in the First Circuit.