# United States Court of Appeals
## For the First Circuit

No. 19-1413

UNITED STATES,

Appellee,

v.

GREGORY P. VIOLETTE, a/k/a Gregory Violette, a/k/a Gregory Paul Violette, a/k/a G. Violette, a/k/a G. P. Violette, a/k/a Paul G. Violette, a/k/a Paul E. Violette, a/k/a Paul Gregory Violette, a/k/a P. G. Violette,

Defendant - Appellant.

Before

Howard, <u>Chief Judge</u>,
Thompson and Kayatta, <u>Circuit Judges</u>.

**JUDGMENT**

Entered: April 24, 2020

    Counsel for Appellant Gregory Violette has moved to withdraw under <u>Anders</u> v. <u>California</u>, 386 U.S. 738 (1967), on the basis that there are no non-frivolous grounds for appeal. Counsel represents that he has informed Violette of his right to file a pro se supplemental brief. Violette has not filed a pro se supplemental brief, and the deadline to do so has run.

    After careful review of counsel's brief, as well as our own independent review of the underlying record, we conclude that the appeal presents no non-frivolous issues.

    Accordingly, counsel's motion to withdraw is **GRANTED**, and the judgment of the district court is summarily **AFFIRMED**. <u>See</u> Local Rule 27.0(c).

By the Court:

Maria R. Hamilton, Clerk

cc:
Gregory P. Violette
Zachary William Brandmeir
James Michael Moore
Evan J. Roth
Halsey B. Frank
Julia M. Lipez
Brian Patrick Voke